

# Missouri Court of Appeals
## Southern District

**MARCH 10, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32153

    Re:  MARK DEIHL and
         WILLIAM NYSTROM, Plaintiffs-Respondents,
         v.
         RUSSELL WRIGHT, individually and as
         Trustee of the Doris E. Wright Trust dated
         September 6, 2006 and D/B/A Bluegrass
         Holdings and D/B/A Penny Investments
         and D/B/A Freedom Financial, LLC and
         D/B/A FINANCIAL FREEDOM, LLC
         and D/B/A MLO CONSULTING, and
         BGI LIMITED COMPANY, and BBG
         CORPORATION, and WILD ROSE
         ESTATES, LLC, Defendants-Respondents,
         and
         OLIVIER FAMILY INTERESTS, LTD.
         and GBS INTERNATIONAL, LLC, Defendants-Appellants,
         and
         JERRY R. LAHR, as Trustee of
         Penny Investments, Defendant.

2.  Case No.  SD33033

    Re:  ROBERT SHELTON (Deceased),
         ALICE SHELTON, Respondent,
         vs.
         TREASURER OF THE STATE OF
         MISSOURI AS CUSTODIAN OF THE
         SECOND INJURY FUND, Appellant.